

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA CASTI.LLO,<br>aka Maria Cordova,<br>aka Maria Guadalupe Perez,<br><br>　　　　　Defendant. | 2:12-CR-144-JAD-(GWF) |

**ORDER OF FORFEITURE**

This Court finds that on September 8, 2014, defendant MARIA CASTILLO aka Maria Cordova aka Maria Guadalupe Perez pled guilty to Count One of a One-Count Criminal Indictment charging her with Theft of Government Property in violation of Title 18, United States Code, Section 641. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant MARIA CASTILLO aka Maria Cordova aka Maria Guadalupe Perez agreed to the forfeiture of the in personam criminal forfeiture money judgment of $139,947.00 in United States Currency set forth in the Plea Agreement and the Forfeiture Allegation in the Criminal Indictment. Criminal Indictment, ECF No. __; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds that MARIA CASTILLO aka Maria Cordova aka Maria Guadalupe Perez shall pay a criminal forfeiture money judgment of $139,947.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

1 | Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States
2 | Code, Section 1956(c)(7)(D); and Title 21, United States Code, Section 853(p).
3 |     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
4 | States recover from MARIA CASTILLO aka Maria Cordova aka Maria Guadalupe Perez a criminal
5 | forfeiture money judgment in the amount of $139,947.00 in United States Currency.
6 | DATED this 9th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE