**FILED**

DEC 15 2014

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-144-JAD-(GWF) |
| MARIA CASTILLO,<br>aka Maria Cordova,<br>aka Maria Guadalupe Perez, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court finds that on September 8, 2014, defendant MARIA CASTILLO aka Maria Cordova aka Maria Guadalupe Perez pled guilty to Count One of a One-Count Criminal Indictment charging her with Theft of Government Property in violation of Title 18, United States Code, Section 641. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant MARIA CASTILLO aka Maria Cordova aka Maria Guadalupe Perez agreed to the forfeiture of the in personam criminal forfeiture money judgment of $139,947.00 in United States Currency set forth in the Plea Agreement and the Forfeiture Allegation in the Criminal Indictment. Criminal Indictment, ECF No. __; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds that MARIA CASTILLO aka Maria Cordova aka Maria Guadalupe Perez shall pay a criminal forfeiture money judgment of $139,947.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 1956(c)(7)(D); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MARIA CASTILLO aka Maria Cordova aka Maria Guadalupe Perez a criminal forfeiture money judgment in the amount of $139,947.00 in United States Currency.

DATED this 15th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE